UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD HARRIS,

    Plaintiff,

v.                                 Case No.:  2:21-cv-646-SPC-NPM

JAMES COTTE, JOHN DOE and
GILBERT NOE,

    Defendants.

                                   /

## ORDER

Before the Court is Plaintiff Richard Harris's Motion for Objection to Court's Denial to His Motion for Court Intervention of His Safety and Request for Court to Reconsider to an Extent (Doc. 96), which the Court construes as an objection to Magistrate Judge Nicholas Mizell's December 27, 2022 Order (Doc. 93) denying injunctive relief against non-party officials at Suwannee Correctional Institution.  *See* Fed. R. Civ. P. 72(a).  Harris does not identify any potential error.  He claims Suwannee C.I. officials have committed crimes and wants the Court to investigate.[1]  But federal district courts do not initiate criminal proceedings.  After reviewing Judge Mizell's Order, the Court finds

---

[1] Harris has commenced at least three civil actions against Suwannee C.I. officials in the appropriate federal district court.

nothing "that is clearly erroneous" or "contrary to law." *Id*. Accordingly, Harris's construed objection (Doc. 96) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on January 11, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1

Copies: All Parties of Record